Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>OSCAR ALFREDO DEL TORO PEREZ,<br><br>Defendant. | Docket Number: 6:18-po-00625-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for January 28. 2020. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on February 26, 2019.

.

Dated: January 21, 2020         /S/ Susan St. Vincent
                                Susan St. Vincent
                                Legal Officer
                                Yosemite National Park

1

## ORDER

Upon application of the United States, good cause having been shown therefor, we order that the review hearing scheduled for January 28, 2020 in the above-referenced matter, *United States v. Del Toro Perez, 6:18-po-00625-JDP*, be vacated.

IT IS SO ORDERED.

Dated:  January 21, 2020

_____
UNITED STATES MAGISTRATE JUDGE